THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY ANDREWS, Also Known as TIMOTHY A. ANDREWS, Also Known as TIMOTHY AARON ANDREWS, Appellant. [964 NYS2d 55]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 12, 2012. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN M. GABAK, Appellant. [964 NYS2d 55]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered December 12, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.

 MONARCH COMPANIES, INC., et al., Respondents, v DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., Formerly Known as CA ONE SERVICES, INC., Appellant. [964 NYS2d 55]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 17, 2012. The order, among other things, granted the motion of plaintiffs for the appointment of a temporary receiver.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.